1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  W. DOUGLAS SPRAGUE (CABN 202121)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7128
7      FAX: (415) 436-7234
       doug.sprague@usdoj.gov
8
9  Attorneys for United States of America

FILED

FEB 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES,                        ) NO. 3-14-70160 MEJ
                                      )
    Plaintiff,                        ) UNITED STATES' MOTION TO UNSEAL
                                      ) CRIMINAL COMPLAINT AND ARREST
    v.                                ) WARRANT; [PROPOSED] ORDER
                                      )
JONATHAN EDWARD MILLS,                )
                                      )
    Defendant.                        )
_____)

The United States hereby moves for an order unsealing the Criminal Complaint and Arrest Warrant in this matter. The defendant was arrested yesterday and made his initial appearance on the Criminal Complaint this morning.

DATED: February 20, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney

Motion to Unseal;
3-14-70160 MEJ

1 **[PROPOSED] ORDER**

Based upon the United States' Motion to Unseal Criminal Complaint and Arrest Warrant, the Court hereby **ORDERS** that the Criminal Complaint and Arrest Warrant in this matter be UNSEALED.

//

DATED:   February 20, 2014

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Motion to Unseal;
3-14-70160 MEJ